**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| KELVIN LEONEL MARTINEZ-RAMOS<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR. Et Al<br><br>Respondents. | Case No. 5:26-cv-05087-SK<br><br>**ORDER GRANTING IN PART PETITIONER'S EX PARTE APPLICATION TO ENFORCE THE COURT'S PRELIMINARY INJUNCTION AND REQUIRING RESPONDENTS TO SHOW CAUSE RE CIVIL CONTEMPT** |

The Court, having considered Petitioner's Ex Parte Application to Enforce the Court's Preliminary Injunction (ECF 7), the supporting declaration and exhibits, and the record in this action, HEREBY ORDERS:

1. Respondents shall not transfer Petitioner Kelvin Leonel Martinez-Ramos to another ICE detention facility unless his return to the Adelanto ICE Processing Center is already underway by the time they receive this order.
2. Respondents shall not remove him from the United States.
3. Respondents shall file a response to the ex parte application by 9 AM September 11, 2026 addressing (at least):
    a. Petitioner's current location and transfer status, and whether this court retains jurisdiction over the custodian where he is currently located;
    b. Why they failed to comply with General Order 26-05 ¶ 6, and what Petitioner's final intended destination was;
    c. Petitioner's current medical status and whether he has been medically evaluated and provided medically indicated treatment; and
    d. Petitioner's recorded date of birth.
4. Respondents shall show cause in person at **10 AM** in **Courtroom 540** on **September 14, 2026** why they should not be held in civil contempt for noncompliance with the Court's preliminary injunction. All counsel are ordered to appear at that show-cause hearing.

IT IS SO ORDERED.

Dated: September 10, 2026

HON. STEVE KIM
United States Magistrate Judge