UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-5087-SK Date: September 11, 2026

Title Kelvin Leonel Martinez-Ramos v. Ernesto Santacruz, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Ashley Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER DISCHARGING ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**

The Court's Order for Respondents to Show Cause Re: Civil Contempt is discharged. The hearing on that show-cause order set for September 14, 2026 is vacated. Respondents remain preliminarily enjoined from transferring Petitioner outside this district or removing him from the United States pending final disposition of the habeas petition here.