UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-5087-SK Date: October 12, 2026
Title Kelvin Leonel Martinez-Ramos v. Ernesto Santacruz, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| | |
|---|---|
| Ashley Silva-Elder | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

At the October 19, 2026 in-person hearing (1:30 PM) set for argument on the pending petition under 28 U.S.C. § 2241, petitioner shall be prepared to show cause why:

1. Claims One and Two should not be denied without prejudice as unripe. Petitioner appears detained under 8 U.S.C. § 1231(a)(6), and still within the six-month period that *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), treats as presumptively reasonable. Neither the INA nor any Supreme Court or Ninth Circuit authority requires a bond hearing for a detainee in that posture. *See Johnson v. Arteaga-Martinez*, 596 U.S. 573, 581 (2022). That said, petitioner still appears eligible for the automatic *Rodriguez* hearing—due on or about November 9, 2026—that is required in this district (for complicated procedural and historical reasons that need not be detailed here). *See Rodriguez v. Holder*, 2013 WL 5229795, at *1–3 (C.D. Cal. Aug. 6, 2013).

2. Claim Three should not be denied either on the merits to the extent that it seeks release as a habeas remedy, *see*, *e.g.*, *Pogosyan v. Bondi*, 2025 WL 3898485, at *8–9 (C.D. Cal. Dec. 3, 2025) (ordering informal interview—not release—as relief "narrowly tailored to address the specific harms"); or as moot once respondents conduct the headquarters custody review with notice to petitioner and counsel. *See* 8 C.F.R. § 241.4(d)(3), (k)(2)(ii).

3. Claim Four should not be dismissed without prejudice for lack of habeas jurisdiction. Relief directing the collection of biometrics or the re-adjudication of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-5087-SK Date: October 12, 2026

Title Kelvin Leonel Martinez-Ramos v. Ernesto Santacruz, et al.

petitioner's USCIS filings would not end or shorten his custody. *See Pinson v. Carvajal*, 69 F.4th 1059, 1070, 1072 (9th Cir. 2023). So that relief must be sought, if at all, outside habeas corpus. *See id.*

* * *

In lieu of appearance through counsel on October 19, 2026, petitioner may discharge this show-cause order by filing a stipulation or request for voluntary dismissal without prejudice, *see* Fed. R. Civ. P. 41(a)(2), by no later than **5 PM PT** on **October 15, 2026**, in which case the October 19 hearing will be automatically vacated with no appearance (by either side) needed and the preliminary injunction will be dissolved.