UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-5087-SK Date: October 20, 2026

Title Kelvin Leonel Martinez-Ramos v. Ernesto Santacruz, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Ashley Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER DISMISSING IN PART AND STAYING IN PART HABEAS PETITION**

Based on petitioner's response to the court's order to show cause (ECF 17), the show-cause order is DISCHARGED and IT IS ORDERED that:

1. Claim Four in the Petition is dismissed without prejudice. *See Pinson v. Carvajal*, 69 F.4th 1059, 1070, 1072 (9th Cir. 2023).

2. Claims One, Two, and Three are stayed until November 20, 2026, pending the outcomes of a *Rodriguez* bond hearing and/or an administrative custody review under 8 C.F.R. § 241.4. *See generally Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1210-13 (9th Cir. 2022); *Pogosyan v. Bondi*, 2025 WL 3898485, at *8–9 (C.D. Cal. Dec. 3, 2025). Unless a motion or stipulation to lift that stay (or a timely request to extend the stay—e.g., pending administrative exhaustion) on a claim-by-claim basis is filed by November 20, 2026, all three claims (or any unmentioned claims) will be deemed voluntarily dismissed without prejudice.

3. The preliminary injunction will dissolve on November 20, 2026, unless otherwise ordered by or before that date.

Meanwhile, the hearing on this matter set for 1:30 PM on October 26, 2026 is VACATED.

IT IS SO ORDERED.